UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOWANA SHANELL DUMAS,

    Plaintiff,

v.                                    Case No. 10-12661

HURLEY MEDICAL CENTER, et al.,

    Defendants.
                                          /

**ORDER GRANTING HURLEY DEFENDANTS' MOTION TO
QUASH OR MODIFY SUBPOENA**

      Before the court is Defendants Hurley Medical Center, Dwayne Parker, and Kristen Deloney's (collectively the "Hurley Defendants") motion to quash or modify subpoena. On November 7, 2011, Plaintiff served the Hurley Defendants' counsel with a subpoena to inspect the Hurley Medical Center premises on November 17, 2011, at 9:00 a.m. Counsel, thereafter, sent an email to Plaintiff requesting that the inspection occur sometime after 3:00 p.m. on November 17. Plaintiff refused to consent to the change in time, and the Hurley Defendants filed a motion requesting the court to modify the subpoena. On November 16, 2011, the court held a telephonic conference on the record, during which Plaintiff and counsel for the Hurley Defendants agreed that the inspection would occur on November 17, 2011, at 5:00 p.m. They further agreed that the inspection would be completed by 6:00 p.m. Plaintiff also expressed reservations about conducting the inspection in the presence of her former co-workers. To accommodate Plaintiff's concern, counsel indicated that she would ensure that current

employees of Hurley Medical Center were not in the area Plaintiff wishes to inspect during the agreed upon inspection time. Accordingly,

IT IS ORDERED that Defendants Hurley Medical Center, Dwayne Parker, and Kristen Deloney's motion to quash or modify subpoena [Dkt. # 102] is GRANTED. Plaintiff shall inspect the Hurley Medical Center premises on **November 17, 2011, at 5:00 p.m.**

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: November 21, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 21, 2011, by electronic and/or ordinary mail.

          s/Lisa G. Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522