UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOWANA SHANNEL DUMAS

    Plaintiff,

vs.                                                    CASE NO: 10-CV-12661-DT
                                                            JUDGE ROBERT H. CLELAND

HURLEY MEDICAL CENTER ET AL,

    Defendants.
_____/

## ORDER OF ASSIGNMENT OF COUNSEL

The court has determined that the above-named plaintiff, presently proceeding *in propria persona* in this matter, would benefit from the assistance of counsel. The below-named attorney, listed among those counsel willing to accept pro bono assignments, has informed the court's *pro bono* staff that she is prepared to accept assignment in this matter; accordingly,

**IT IS ORDERED** that **Racine M Miller, Attorney-at-Law, whose mailing address is: 8283 N. Telegraph Road, Dearborn Heights, MI 48127; 313-451-2357,** is hereby assigned to represent the above-named plaintiff in this matter, unless said assignment is terminated by (1) order of the Court, (2) assignment of substitute counsel, or (3) termination of the matter before the court.

**IT IS FURTHER ORDERED** that:

    1. Legal services shall be provided by the assigned counsel without cost and that he shall proceed as counsel of record for plaintiff from this date forward;

    2. Upon assigned counsel's request, copies of all pleadings filed to date in this matter shall be provided by the court at no cost;

3. This case is subject to 42 U.S.C. 1988 with regard to awarding of attorney fees; and

4.  Assigned counsel may request to withdraw from this matter only through filing a motion, with notice to plaintiff, setting forth full particulars as to why such a motion should be granted.[1]

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 9, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\Lisa's Folder\11-12661 DUMAS Appoint Pro Bono Counsel.wpd

---

[1]  If reasonably required, such particulars may be contained in a brief proffered for filing *ex parte* and under seal.