UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOWANA SHANELL DUMAS,

    Plaintiff,

v.                                            Case No. 10-12661

HURLEY MEDICAL CENTER, et al.,

    Defendants.
                                            /

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, TERMINATING AS MOOT PLAINTIFF'S "MOTION TO STRIKE/DENY . . . ," SETTING DEADLINE TO FILE RESPONSE TO SUMMARY JUDGMENT MOTION, AND EXTENDING REMAINING DEADLINES**

Pending before the court are Plaintiff's motion for leave to file an amended complaint and Defendant City of Flint's motion for summary judgment. The Hurley Medical Center Defendants[1] concurred in Plaintiff's motion, but Defendant City of Flint and the Union Defendants[2] declined to concur. Nevertheless, these Defendants ultimately failed to file responses in opposition to the motion. Plaintiff filed a "Motion to Strike/Deny Flint's Motion Without Prejudice," arguing that additional time is needed to conduct necessary discovery to fairly contest Defendant City of Flint's motion for summary judgment. On February 14, 2012, the court conducted a telephonic conference with counsel for the parties, during which the pending motions and a stipulation to extend the scheduling order deadlines 60 days were discussed. Counsel

---

[1]The Hurley Medical Center Defendants include Hurley Medical Center, Dwayne Parker, and Kristen Deloney.

[2]The Union Defendants include AFSCME Council 25, Local 1603, Deloris Lots, and Patricia Ramirez.

and the court agreed that Plaintiff should be granted leave to amend her complaint for the purposes of clarifying and more succinctly stating her claims.  Additionally, counsel for Defendant City of Flint, although expressing concern regarding the expenditure of client resources, agreed to an abeyance of its motion to allow Plaintiff a short period of time to discover evidence that may be used to contest the City of Flint's motion.  Finally, the court informed the parties that it would grant the parties' stipulation and extend the deadlines set forth in the amended scheduling order.  Accordingly,

IT IS ORDERED that Plaintiff's motion for leave to amend her complaint [Dkt. # 125] is GRANTED.  Plaintiff is DIRECTED to file her proposed amended complaint on or before **February 24, 2012**.

IT IS FURTHER ORDERED that Plaintiff's "Motion to Strike/Deny . . ." [Dkt. # 128] is TERMINATED AS MOOT.

IT IS FURTHER ORDERED that Plaintiff shall file a response to the motion for summary judgment on or before **April 14, 2012**.

Finally, IT IS ORDERED that in accordance with the parties' stipulation submitted to the court on February 8, 2012, the deadlines established in the court's December 13, 2011 amended scheduling order [Dkt. # 122] are EXTENDED 60 days.

s/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:  February 17, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 17, 2012, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522
