UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOWANA DUMAS,

        Plaintiff,

v.                                       Case No. 10-12661

HURLEY MEDICAL CENTER, et al.,

        Defendants.
                                         /

### ORDER GRANTING "MOTION TO EXTEND DISCOVERY . . . ," AMENDING FEBRUARY 24, 2012 AMENDED SCHEDULING ORDER, AND DENYING AS MOOT "MOTION FOR PROTECTIVE ORDER . . ."

On May 22, 2012, the court conducted a telephone conference with counsel in the above-captioned case, during which Plaintiff's pending discovery motions were discussed. Counsel indicated that were the court to grant an extension of the discovery deadline they would be able to schedule and complete the three remaining depositions in the next twenty-eight days. They stated that the depositions would be limited in scope and estimated that each would be completed in half of a day. Based on the parties' assurances and the unique circumstances of this case, including Plaintiff's prior pro se status and her pro bono counsel's relatively recent involvement in the case, the court agreed to extend the discovery and dispositive motion deadlines but affirmed its expectation that the depositions would be limited and no further court intervention would be required to complete them. Accordingly,

IT IS ORDERED that Plaintiff's "Motion to Extend Discovery . . ." [Dkt. # 144] is GRANTED. All court-supervised discovery shall be completed by **June 19, 2012**. The

deadline for filing dispositive motions and other pretrial motions requiring extensive briefing is **July 17, 2012**.

      IT IS FURTHER ORDERED that Plaintiff's "Motion for Protective Order . . ." [Dkt. # 145] is DENIED AS MOOT.

                                               s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: May 25, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 25, 2012, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-12661.DUMAS.Grant.Disc.Extension.Term.Mot.Pro.Order.jrc.wpd