UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOWANA SHANELL DUMAS,

    Plaintiff,

v.        Case No. 10-12661

HURLEY MEDICAL CENTER, et al.,

    Defendants.
               /

## ORDER SETTING DISPOSITIVE MOTION DEADLINE

The court granted summary judgment in favor of the City of Flint on October 29, 2012. The dispositive motion cut-off on July 17, 2012, had been stayed pending the resolution of the motion. The court initiated a telephonic conference with the parties on November 19, 2012, to schedule a new dispositive motion deadline. Accordingly,

IT IS ORDERED that Defendants are DIRECTED to file any dispositive motions by **December 3, 2012**. Plaintiff shall file a response by **January 7, 2013**, and Defendants may file an optional reply by **January 21, 2013**.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: November 26, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 26, 2012, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522