**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LOWANA SHANELL DUMAS,

    Plaintiff,

v.                                                     Case No. 10-12661

HURLEY MEDICAL CENTER, et al.,

    Defendants.
                                                    /

**ORDER GRANTING ATTORNEY RACINE MILLER'S MOTION TO WITHDRAW
AND EXTENDING DEADLINES**

On December 18, 2012, Attorney Racine Miller, currently serving Plaintiff *pro bono publico*, moved to withdraw as Plaintiff's counsel. Miller has advised Plaintiff that her withdrawal will likely have a material adverse effect on Plaintiff's interests and that Plaintiff hereafter may need to proceed *pro se*. However, Plaintiff herself seeks to have Miller removed as counsel and has already petitioned the court to do so. Upon reviewing the motion, the court is satisfied that there is a breakdown in the attorney-client relationship in this case and will therefore permit Miller withdrawal as counsel for Plaintiff. Accordingly,

IT IS ORDERED that Racine Miller's motion to withdraw [Dkt # 165] is GRANTED**.** Plaintiff proceeds *pro se*. Miller is DIRECTED to return all discovery documents to Plaintiff by **January 24, 2013**, retaining for her file whatever copies thereof she may deem prudent.

IT IS FURTHER ORDERED that Plaintiff's responses to Defendants' motions for summary judgment [Dkts. # 160, 163] are now due by **February 15, 2013**. Defendants may file optional replies by **March 1, 2013**.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  January 17, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 17, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522