UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOWANA SHANELL DUMAS,

    Plaintiff,

v.                                             Case No. 10-12661

HURLEY MEDICAL CENTER, et al.,

    Defendants.
                                                     /

### ORDER EXTENDING RESPONSIVE PLEADING DEADLINES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Pursuant to this court's February 12, 2013 order, Racine Miller filed a statement explaining that she provided all of the discovery within her possession to Plaintiff on January 24, 2013. However, Miller did not have the deposition transcripts of Victoria Thompson and Barbara Watson until February 11, 2013. On that date, Miller emailed the two transcripts to Plaintiff. While Plaintiff had access to a portion of Thompson's deposition testimony on January 24, 2013, as it was submitted as Exhibit C to Defendants' summary judgment motion, [Dkt. # 163-4], Plaintiff did not have the complete deposition testimonies of Thompson and Watson until Miller provided them on February 11, 2013.

The court denied Plaintiff's motion to stay the dispositive motion deadlines but stated it would reconsider the motion depending on the content of Miller's statement. Based on the information learned from Miller, the court finds that an extension to the deadline for responding to Defendants' summary judgment motions is warranted. Accordingly,

IT IS ORDERED that Plaintiff is DIRECTED to file a response to Defendants' motions for summary judgment [Dkts. # 160, 163] by **February 22, 2013**. Defendants may file an optional reply by **March 8, 2013**.

       s/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: February 14, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 14, 2013, by electronic and/or ordinary mail.

       s/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522