## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LOWANA SHANELL DUMAS,

      Plaintiff,

v.                                  Case No. 10-12661

HURLEY MEDICAL CENTER, et al.,

      Defendants.

_____/

## ORDER STRIKING PLAINTIFF'S EXHIBITS AND
## DIRECTING PLAINTIFF TO RE-FILE THE EXHIBITS

Plaintiff filed two responses, (Dkts. # 177, # 178), each corresponding to one of Defendants' two pending motions for summary judgment, (Dkts. # 160, # 165).  Plaintiff submitted exhibits to accompany her two responses, but did so using multiple docket entries.  Plaintiff then re-filed many of the exhibits, claiming that some of the original exhibits experienced errors during the uploading process.  Plaintiff originally-filed and re-filed exhibits occupy fifteen separate docket entries, making it difficult for the court and Defendants to determine which versions of the exhibits are in their complete and final form.  The court will strike all of Plaintiffs' exhibits and direct her to re-file them in two separate docket entries, one corresponding to each of her two responses.

Accordingly,

IT IS ORDERED that Plaintiffs' exhibits [Dkts. # 179, # 180, # 181, # 182, # 183, # 185, # 186, # 187, # 188, # 189, # 190, # 191, # 192, # 193, # 194] are STRICKEN.

Plaintiff is DIRECTED as follows:

1. In one docket entry, corresponding to Plaintiff's response docketed # 177, file an exhibit list and each exhibit.

2. In one docket entry separate and distinct from the one listed in part 1 above, and corresponding to Plaintiff's response docketed # 178, file an exhibit list and each exhibit.

       s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  March 7, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 7, 2013, by electronic and/or ordinary mail.

       s/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-12661.DUMAS.Strike.Exhibits.wpd