**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LOWANA SHANELL DUMAS,

    Plaintiff,

v.                                        CASE NO: 10-CV-12661

CITY OF FLINT, et. al.,

    Defendants.
                                        /

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION GRANTING DEFENDANTS' MOTION TO DISMISS**

      Motions to dismiss and/or for summary judgment filed by the Defendants were referred to United States Magistrate Judge Mona K. Majzoub, pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  In her Report on June 18, 2013, the magistrate judge recommended that this court grant the Hurley Defendants' Motion for Summary Judgment [160] as well as grant the AFSCME Defendants' Motion to Dismiss or for Summary Judgment [163], therefore, dismissing this matter in its entirety.   No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

      Having reviewed the file and the Report, the court concludes that the findings and conclusions of the magistrate judge are correct and ADOPTS the same for purposes of this Order.

      Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Hurley Defendants' Motion for Summary Judgment [160] and the AFSCME Defendants' Motion to Dismiss or for Summary Judgment [163], are GRANTED.

                                          s/ Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

DATED: July 16, 2013

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).