UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOWANA SHANELL DUMAS,

    Plaintiff,

v.                                   CASE NO: 10-CV-12661

CITY OF FLINT, et. al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the "Order Adopting Magistrate Judge's Report and Recommendation to Dismiss" entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Lowana Dumas. Dated at Detroit, Michigan, this 16th day July, 2013

DAVID J. WEAVER
CLERK OF COURT

BY: s/ Richard Loury
Richard Loury for Lisa Wagner, Case Manager to Judge Robert H. Cleland